IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                 *

Thierno Diallo                   *   Case No. 10-23365

Ramata Diallo                   *

                                        *   Chapter 13

Debtor(s)                           *

## MOTION TO WITHDRAW UNCLAIMED FUNDS
## FROM THE COURT REGISTRY

Bank of America,N.A.as Successor by Merger to Bac Home Loans Servicing,L.P., (hereinafter "Claimant"),
Name of Individual(s) or Entity

respectfully requests the Court to enter an Order to Withdraw Unclaimed Funds from the Court Registry that are owed to the Claimant. The Claimant states:

1. The trustee appointed by the Court in this case did deposit in the Court's Registry of Unclaimed Funds the amount of $ $13,484.84. The Claimant did not receive the funds because: they were sent to the Claimant's prior address.

2. There is no dispute or controversy as to these funds, their availability or to whom they belong.

WHEREFORE, Claimant requests that the Court enter an order directing the Clerk of the Court to withdraw and disburse said funds in the Court Registry to Claimant.

Respectfully Submitted,

_[signature]_
Signature of Claimant or Claimant's Representative

Lady-Zoe G.Horace
Printed Name of Claimant or Claimant's Representative

c/o Bank of America,125 Dupont Drive,Providence,RI 02907
Complete Address of Claimant or Claimant's Representative

(401) 865-7125
Phone Number of Claimant or Claimant's Representative

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:  *

Thierno Diallo  *  Case No. 10-23365
Ramata Diallo  *
  *  Chapter 13
Debtor(s)  *

## CERTIFICATE OF SERVICE

Notice is hereby given to the Court that on April 3,2015 _____ (Date), the U.S. Attorney for the District of Maryland at 36 S. Charles Street, Baltimore, MD, 21201, was advised via first class mail of the intent of the individual(s) or entity below (hereafter "Claimant") to request the withdrawal of funds from the Court's Registry of Unclaimed Funds.

Bank of America,N.A. as Successor by Merger to BAC Home Loans Servicing,L.P.
Name of Claimant

125 Dupont Drive,Providence,RI 02907 Att.Lady-Zoe G.Horace
Complete Address of Claimant

Respectfully Submitted,

*Robert V. Kelly* (signature)
Signature of Claimant or Claimant's Representative

Robert V.Kelly
Printed Name of Claimant or Claimant's Representative

Post Office Box 462,Spring Lake,NJ 07762
Complete Address of Claimant or Claimant's Representative

**SUBSCRIBED AND SWORN TO BEFORE ME** this 3 RD day of April, 20 15, in the County of Monmouth, State of New Jersey.

_(signature)_
Signature of Notary Public

Date Commission Expires:
MICHAEL T. MILLS
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 2/22/2018

# LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that I,

**Lady-Zoe G.Horace,Asst.Vice President,Recovery Officer of Bank of America,NA,as Successor by Merger to BAC Home Loans Servicing,LP,**hereby appoints **National Recovery Services, Inc.,**in the person of **Robert V.Kelly** as **Bank of America,NA's** lawful attorney-in-fact (attorney) to seek recovery of the undistributed, unclaimed, or undelivered tenders of funds due to it in the amount of **$13,484.84** held by the **United States Bankruptcy Court,District of Maryland,from the Bankruptcy of Thierno Diallo & Ramata Diallo,Case No.10-23365,**hereby revoking all previous powers of attorney in this regard to whomever granted.

Bank of America further grants the attorney authority to do whatever is necessary and proper to recover the aforementioned unclaimed funds only, as fully as it might or could do if acting through its own officers or agents, hereby confirming all that the attorney shall lawfully do or cause to be done. Nevertheless, the attorney shall have no authority to incur any financial obligation or to make any expenditure on behalf of Bank of America, other than an expenditure payable from any sums recovered by virtue of the attorney's actions.

In construing this instrument where the context so requires, the singular includes the plural. This Power of Attorney shall expire 180 days from the date hereof or upon collection of the aforementioned unclaimed funds, if earlier, unless otherwise extended by an amendment which is attached hereto.

Signed this _26_ day of _March_ ,2015

**Bank of America,NA**

_____

**Asst.Vice President,Recovery Officer**

c/o **Bank of America,NA**                               **Federal Taxpayer ID 94-1687665**

State of _Rhode Island_   County of _Providence_   Date: _March 26th_ ,2015

    The above-named <u>Lady-Zoe G. Horace</u> ,known to me to be the individual described in and holding the position designated in the foregoing instrument, appeared before me and acknowledged the execution thereof to be her free act and deed.

(Notary Seal)

Before me _Michael William Iafrate_
                   Notary Public

```
MICHAEL WILLIAM IAFRATE
NOTARY PUBLIC
STATE OF RHODE ISLAND
MY COMMISSION EXPIRES APR. 14, 2018
```

My commission expires: _April 14th 2018_