

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:   10–23365 – WIL   Chapter:   13

| | |
|---|---|
| Thierno Diallo<br>12406 Fallen Timber Circle<br>Hagerstown, MD 21740 | Ramata Diallo<br>12406 Fallen Timber Circle<br>Hagerstown, MD 21740<br>UNITED STATES |

## ORDER FOR WITHDRAWAL OF
## FUNDS PAID INTO COURT

Upon consideration of the motion filed by BAC Home Loans Servicing, LP for withdrawal of funds paid into the Court under 11 U.S.C. § 347(a), and it appearing that the movant is entitled to the sum of $13,484.84 deposited, less registry fund fees properly chargeable, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that pursuant to 28 U.S.C. § 2042, the Bankruptcy Clerk, District of Maryland, shall pay this unclaimed money to the order of:

BAC Home Loans Servicing, LP
n/k/a Bank of America
c/o Lady–Zoe G. Horace
125 Dupont Drive
Providence, RI 02907

cc:   Claimant – BAC Home Loans Servicing, LP
      Claimant's Attorney –

**End of Order**

42.3 – dsmith